UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PROTEGRITY USA, INC. and
PROTEGRITY CORPORATION

Civil Action: 3:22cv00732 (VAB)

Plaintiffs,

v.

SUNIL MUNSHANI a/k/a "SUNI" MUNSHANI, LAKESIDE INFOTECH PVT LTD., LAKESIDE INFOTECH, LLC, CLB ASSOCIATES, VATIC IDEAS, INC., BARINGS SECURITY, INC., SURESH MUNSHANI, THE ARJUN MUNSHANI 2013 TRUST, SONJOY JETHMALANI, ANIL DANG, SUNITA MUNSHANI, TINA MUNSHANI, and JOHN DOES 1-10 Defendants.

April 18, 2023

## Motion to Stay

Defendant Suresh Munshani respectfully submits this Motion to Stay the above-captioned case until 60 days after the conclusion of the underlying criminal proceeding pending against him in the Southern District of New York. *See* United States v. Munshani, et al., No. 1:22-cr-00215-JSR ("Criminal Case").

As previously indicated, the issues enumerated in this civil case are parallel to those in the criminal proceeding noted above. Accordingly, until the criminal litigation is entirely concluded, it would be prejudicial to implement a prejudgment remedy process.

For the foregoing reasons, Mr. Munshani respectfully moves the Court to stay the above captioned case until 60 days after the conclusion of the Criminal Case pending against him in the Southern District of New York.

DEFENDANT SURESH MUNSHANI

By: /s/ Suresh Munshani
Suresh Munshani
345 South End Avenue
Suite 6A
New York, NY 10280
Telephone: (917) 520 1666

CERTIFICATION

I hereby certify that on April 18, 2023, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mailto anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Suresh Munshani
345 South End Avenue
New York, NY
10280
Telephone: (917) 520 1666
Email: smunshani@aol.com